UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAWLINGS SPORTING GOODS CO., INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| vs. | ) | No. 4:05-CV-1411 (CEJ) |
| | ) | |
| QUANTUM NUTRITIONALS, LLC, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EQUITY MANAGEMENT, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of May, 2006.